IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

KEOSHA DOCKERY,

    Plaintiff,

v.

MAIN STREET 62 LLC, *et al.*,

    Defendants.

Civ. No. 6:21-cv-01221-AA

**JUDGMENT**

AIKEN, Judge:

    Pursuant to the Notice of Acceptance of Offer of Judgment, judgment is entered in favor of Plaintiff Keosha Dockery in the total amount of One Thousand Dollars and Zero Cents ($1,000.00) on all causes of action in Plaintiff's Complaint, exclusive of reasonable costs and fees.

IT IS SO ORDERED.

    DATED this 10th day of August, 2022.

                                    /s/Ann Aiken
                                      Ann Aiken
                              United States District Judge